AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

APR 28 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Hugo Osvaldo Salinas-Cazarez

AKA: Hugo Osvaldo Salinas-Casares
Hugo Osbaldo Salinas-Casares
IAE     YOB:   1995
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-20-0909-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 27, 2020** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)** **(Felony)**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

Hugo Osvaldo Salinas-Cazarez was encountered by Homeland Security Investigations Special Agents near McAllen, Texas on April 27, 2020. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on or about March 5, 2018, near Alamo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 19, 2016 through Hidalgo, Texas and on February 5, 2018 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/s/ Nicholas C. Stott
Signature of Complainant

April 28, 2020        7:55 a.m.

Nicholas C. Stott        Special Agent

Peter E. Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer